JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SKITS, LLC, a California limited liability company,

Plaintiff,

v.

LTD COMMODITIES LLC, a Delaware limited liability company; ACI, INC., a Delaware corporation; DOES 1-10,

Defendants.

Case No. SACV15−01591 JLS (DFMx)

The Honorable Josephine L. Staton
Ctrm.10A

**FINAL JUDGMENT**

Based on the stipulation of the parties, the Court enters its Final Judgment in this action as follows:

1.    Plaintiff Skits, LLC ("Skits") and defendants LTD Commodities LLC ("LTD") and ACI, Inc. ("ACI") have entered into a settlement agreement (the "Settlement Agreement") resolving the claims and defenses in this action. The Court retains jurisdiction over the subject matter of the action and over the parties to the action for purposes of summary enforcement of the Settlement Agreement.

23622131

1    2.    Skits alleges that LTD's "Smart Tech Organizer Case" products (the
2  "Accused Products") infringe United States Design Patent No. D739,655 ("the '655
3  patent") and that LTD also violated certain of Skits' common-law trademark rights.
4  Skits also alleges that ACI sold the Accused Products to LTD.  The '655 patent is
5  valid and infringed by the Accused Products.

6

7    3.    LTD, ACI, their respective officers, agents, servants, employees, and
8  attorneys, or anyone else in active concert or participation with any of those persons
9  or entities, are hereby enjoined and prohibited from making, using, selling, offering
10  for sale in, or importing into, the United States during the remaining term of the
11  '655 patent Accused Products or any other product that embodies the design
12  disclosed in the '655 patent or any colorable imitation of that design.

13
Dated:  March 10, 2016
14

15

16

17
_____
18                    The Hon. Josephine L. Staton
                         United States District Judge
19

20

21

22

23

24

25

26

27

28

23622131

- 2 -